# CIVIL ACTIONS 3:03-0834 THROUGH 3:03-2019

DOCUMENT NO. 1:

NOTICE OF REMOVAL; with summons, complaint, docket sheet, and exhibits 1-3 from Circuit Court of Mason County.

ORIGINAL DOCUMENT AND SCANNED IMAGE LOCATED IN:

CIVIL ACTION 3:03-0833
KAREN GRENNELL
V.
WESTERN SOUTHERN, ET AL.